Kyle E. GRAMLING, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 2010–5039.

United States Court of Appeals, Federal Circuit.

Jan. 14, 2011.

Alexander M. Bullock, Kilpatrick Stockton, LLP, of Washington, DC, argued for plaintiff-appellant. With him on the brief were Stewart D. Fried and Svetlana S. Gans.

Gregory Paris Yates, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice of Washington, DC, argued for defendant-appellee. With him on the brief were Tony West, Assistant Attorney General,

Jeanne E. Davidson, Director, and Martin F. Hockey, Jr. Assistant Director.

Before RADER, Chief Judge, LINN and MOORE, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**